**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:25-cr-20120-MSN-1 |
| | ) | |
| ALONZO FRAZIER, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION ON CHANGE OF PLEA**

Pursuant to 28 U.S.C. § 636(b), the undersigned United States Magistrate Judge conducted a plea hearing in this case on June 22, 2026.  At the hearing, Defendant entered a plea of guilty to Count One and Two of the Indictment.  On the basis of the record made at the hearing, the Court finds that Defendant is fully competent and capable of entering an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by Defendant; it is made voluntarily and free from any force, threats, or promises; Defendant understands the nature of the charges and penalties provided by law; and the plea has a sufficient basis in fact.  Pursuant to plea agreement, the Court further specifically finds that the Defendant's waiver of his right to appeal the sentence to be imposed in this case is knowing and voluntary.

Acceptance of the plea, adjudication of guilt, acceptance of the Plea Agreement, and imposition of sentence are specifically reserved for the District Judge.

It is therefore recommended that the Court: (1) grant Defendant's request to withdraw his not guilty plea to Count One and Two of the Indictment; (2) accept Defendant's guilty plea

to Count One and Two; (3) adjudicate Defendant guilty of 18 U.S.C. § 1951 as charged in

Count One and  18 U.S.C. § 924(c) as charged in count Two of the Indictment; and (4) order

that Defendant remain in custody pending sentencing or further order of this Court.

The Defendant's sentencing hearing is scheduled before United States District Judge

Mark S. Norris on September 22, 2026, at 2:00 p.m.

Respectfully submitted this 22nd    day of June 2026.

s/Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Within fourteen (14) days after being served with a copy of this report and recommendation, a party may serve and file written objections to the proposed findings and recommendations. Fed. R. Crim. P. 59 (b)(2).  A party may respond to another party's objections within fourteen (14) days after being served with a copy.  Failure to file objections within fourteen (14) days may constitute waiver of objections, exceptions, and further appeal.

2