IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                          Case No. 2:25-cr-20120-MSN

ALONZO FRAZIER,

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION ON CHANGE OF PLEA

Pursuant to 28 U.S.C. § 636(b), Magistrate Judge Christoff conducted a plea hearing in this matter on June 22, 2026.  After the hearing, Magistrate Judge Christoff filed a Report and Recommendation (ECF No. 38, "Report"), finding that that Defendant was fully competent and capable of entering an informed plea; the plea was made knowingly and with full understanding of each of the rights waived by Defendant; the plea was made voluntarily and free from any force, threats, or promises; Defendant understood the nature of the charges and penalties provided by law; and the plea had a sufficient basis in fact.  (*Id.* at PageID 56.)  The Report therefore recommended that the Court (1) grant Defendant's request to withdraw his not guilty plea to Counts One and Two of the Indictment; (2) accept Defendant's guilty plea to Counts One and Two; (3) adjudicate Defendant guilty of violating 18 U.S.C. § 1951 as charged in Count One and 18 U.S.C. § 924(c) as charged in Count Two; and (4) order that Defendant remain in U.S. Marshal custody pending sentencing or further order of this Court.  (*Id.* at PageID 56–57.)

The Report provided notice that the parties had 14 days after service of the Report to file specific written objections to the proposed findings and recommendations and that failure to do so

may constitute a waiver and/or forfeiture of objections, exceptions, and further appeal. Neither party has filed objections to the Report, and the period for doing so has expired.

After review, the Court agrees with the Report's findings and recommendations. Accordingly, pursuant to 28 U.S.C. § 636(b), the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation (ECF No. 38) and **ORDERS** as follows:

(1)     Defendant's request to withdraw his not guilty plea to Counts One and Two of the Indictment is **GRANTED**;

(2)     Defendant's guilty plea to Counts One and Two of the Indictment is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of violating 18 U.S.C. § 1951 as charged in Count One of the Indictment and 18 U.S.C. § 924(c) as charged in Count Two of the Indictment; and

(4)     Defendant **SHALL REMAIN** in U.S. Marshal custody pending sentencing or further order of this Court.

**IT IS SO ORDERED**, this 7th day of July, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

2